**Lewis HODGE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7186.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

Lewis Hodge moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**JOHN DONOVAN ENTERPRISES–FL, INC., Plaintiff–Appellant,**

v.

**ALLIED PLASTICS, INC., Defendant–Appellee,**

and

**Thermo King Corporation, Defendant–Appellee.**

No. 01–1051.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

John Donovan Enterprises–FL, Inc. moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.